UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

In re )
)
DAVID LEE HUNTER ) Case No. 10-32330
) Chapter 13/aa
)
Debtor )

### ORDER

At South Bend, Indiana, on **SEP 21 2010**

The Clerk's Office received Response To Objection To Claim from St. Joseph Regional Medical Center on September 14, 2010. The document will be stricken unless, within seven days of this date, it is:

1. refiled <u>through counsel</u> as required by N.D. Ind. L.B.R. B-9010-1(g);

2. <u>served</u> upon the entities required by N.D. Ind. L.B.R. B-9013-2(c); and,

3. accompanied by a proper certificate of service, in accordance with N.D. Ind. L.B.R. B-9013-4.

SO ORDERED.

_____
HARRY C. DEES, JR.
JUDGE, UNITED STATES BANKRUPTCY COURT